A CERTIFIED TRUE COPY

MAR 2 1 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
LODGED

MAR 27 2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

03-4109

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 3 2006

FILED
CLERK'S OFFICE

CERTIFIED TRUE COPY
ATTEST
Clerk, U.S. District Court
Western District of Washington
By _____ Deputy Clerk

**DOCKET NO. 1407**

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION*

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

*(SEE ATTACHED SCHEDULE OF ACTIONS)*

APR 17 2006

**CONDITIONAL REMAND ORDER**

CHRIS R. JOHNSON, CLERK
BY _____ DEPUTY CLERK

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the actions listed on the attached schedule assigned to it have been completed and that remand of the actions to the transferor courts, as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the actions listed on the attached schedule be remanded to their respective transferor courts.

IT IS ALSO ORDERED that pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 436-38 (2001), the transmittal of this order to the transferee clerk for filing shall be stayed fifteen days from the date of this order and if any party files a Notice of Opposition with the Clerk of the Panel within this fifteen-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Western District of Washington.

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), R.P.J.P.M.L., and coinciding with the effective date of this order, the parties shall furnish the Clerk for the Western District of Washington with a stipulation or designation of the contents of the record to be remanded and furnish said Clerk all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 2 1 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

_Michael J. Beck_
Michael J. Beck
Clerk of the Panel

## SCHEDULE FOR CONDITIONAL REMAND ORDER
## DOCKET NO. 1407
## IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

| --- TRANSFEREE --- | | | --- TRANSFEROR --- | | | |
|---|---|---|---|---|---|---|
| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | CASE CAPTION |
| WAW | 2 | 03-3780 | ARW | 4 | 03-4109 | Kathie Renee Hill, etc. v. Novartis Pharmaceuticals Corp., et al. |
| WAW | 2 | 03-3794 | ARW | 4 | 03-4123 | Mamie Curry v. American Home Products Corp., et al. |
| WAW | 2 | 02-1749 | LAE | 2 | 02-887 | Deborah Brady v. Bayer Corp., et al. |
| WAW | 2 | 02-31 | LAW | 3 | 01-2096 | Robert Weaver v. CCA Industries, Inc. |
| WAW | 2 | 04-140 | MSN | 2 | 03-339 | Earnestine Smith, etc. v. GlaxoSmithKline, PLC, et al. |
| WAW | 2 | 03-539 | MSS | 3 | 02-1473 | Rudy Watts v. Bayer Corp., et al. |
| WAW | 2 | 04-890 | NYE | 1 | 04-590 | Jose Dominguez v. Wyeth |
| WAW | 2 | 04-421 | NYS | 1 | 03-9647 | Rona Stanton, et al. v. Bayer Corp., et al. |
| WAW | 2 | 03-2500 | PAE | 2 | 03-2343 | Frances C. Hall v. SmithKline Beecham Corp. |
| WAW | 2 | 03-2098 * | MSS | 2 | 01-198 | Ricky L. Hambrick, Sr., et al. v. Bayer Corp., et al. |
| WAW | 2 | 03-3622 * | MSS | 2 | 03-74 | Carey Paul Jackson, et al. v. Bayer Corp., et al. |
| WAW | 2 | 03-3623 * | MSS | 2 | 03-74 | Mattie Kincaid v. Bayer Corp., et al. |
| WAW | 2 | 03-3651 * | MSS | 2 | 03-74 | Rebecca Wilson v. Bayer Corp., et al. |

* WAW case number was assigned after severance order was issued in Western District of Washington.